UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARCHELLO HILL,<br>Petitioner,<br>v.<br>J. CAVAGNOLO,<br>Respondent. | Case No. 2:25-cv-05772-SRM-DFM<br><br>**ORDER ACCEPTING REPORT AND RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE [19]** |

Pursuant to 28 U.S.C § 636, the Court has reviewed all the records herein, the Report and Recommendation ("R&R") of the United States Magistrate Judge, and the Petitioner's objection to the R&R. Dkt. 19, 22. In doing so, the Court has declined to consider Petitioner's equitable tolling argument which he raises for the first time in his objection. *See United States v. Howell*, 231 F.3d 615, 623 (9th Cir. 2000); *Carlson v. Birkholz*, No. 2:24-CV-08013-FLA (E), 2025 WL 1014792, at *1 (C.D. Cal. Apr. 3, 2025) ("Because Petitioner did not raise this argument before the Magistrate Judge in [] the Petition . . . , the court has no obligation to consider it."); *Littlejohn v. California Dep't of State Hosps.*, No. 222CV09223JWHBFM, 2023 WL 5019895, at *1 (C.D. Cal. Aug. 7, 2023) ("The Court declines to consider these claims because they were not presented to the Magistrate Judge.").

The Court accepts the findings and conclusions of the Magistrate Judge in the Report and Recommendation. **IT IS ORDERED** that judgment be entered **DISMISSING** the Petitioner's Action **WITH PREJUDICE**.[1] Further, Petitioner's request for a Certificate of Appealability is **DENIED** because "questions of statutory interpretation, such as whether the petition was timely, do not qualify for a certificate, because they do not concern the Constitution." *West v. Schneiter*, 485 F.3d 393, 395 (7th Cir. 2007).

**IT IS SO ORDERED.**

Dated: September 28, 2026

HON. SERENA R. MURILLO
UNITED STATES DISTRICT JUDGE

[1] Petitioner submitted an Ex Parte Motion for Appointment of Counsel, Dkt. 15, however, "there is no constitutional right to counsel on habeas." *Bonin v. Vasquez*, 999 F.2d 425, 429 (9th Cir. 1993).