JS-6

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARCHELLO HILL,<br>Petitioner,<br>v.<br>J. CAVAGNOLO,<br>Respondent. | Case No. 2:25-cv-05772-SRM-DFM<br><br>**JUDGMENT** |

Pursuant to the Order Accepting the Report and Recommendation of the United States Magistrate Judge, the Petition for Writ of Habeas Corpus is **DISMISSED WITH PREJUDICE**.

**IT IS SO ORDERED.**

Dated: September 28, 2026

HON. SERENA R. MURILLO
UNITED STATES DISTRICT JUDGE